# In the United States Court of Appeals for the Eleventh Circuit

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee*,

v.                                        No. 24-13017-A

JOHN LEE,
    *Defendant-Appellant*

## United States' Certificate of Interested Persons and Corporate Disclosure Statement

The following persons and entities have an interest in the outcome of this case:

1. Andrejko, Nicole M., Assistant United States Attorney;

2. Bellinger, John B., III, Esq.;

3. Bini, Mark E., Esq.;

4. Brunvand, Bjorn Erik, Esq.;

5. DesVaux Bedke, Rachelle, Assistant United States Attorney;

6. Fields, Tiffany E., Assistant United States Attorney;

7. Flynn, Hon. Sean P., United States Magistrate Judge;

8. Gatz, Lara Treinis, Esq.;

9. Grunberg, Joseph, petitioner-appellant;

10. Grunberg, Rosalie, petitioner-appellant;

11. Handberg, Roger B., United States Attorney;

12. Hugel, Paul S., Esq.;

13. Jeffress, Amy, Esq.;

14. Jung, Hon. William F., United States District Judge;

15. Kapusta, Julia R., Assistant United States Attorney;

16. L.J. West Diamonds, Inc., petitioner-appellant;

17. Lee, John, defendant;

18. Lombard Mutual, LLC, petitioner-appellant;

19. McCarroll, James Craig, Esq.;

20. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

21. Sansone, Hon. Amanda A., United States Magistrate Judge;

22. Sciortino, Stephanie Moran, Esq.;

23. Victim whose identity is protected;

24. Wise, J. Jervis, Esq.; and

25. Wolf Grunberg Corp., petitioner-appellant.

*United States v. John Lee*
No. 24-13017-A

No publicly traded company or corporation has an interest in the outcome of this appeal.

        Respectfully submitted,

        ROGER B. HANDBERG
        United States Attorney

By:   *s/ Julia R. Kapusta*
       JULIA R. KAPUSTA
       Assistant United States Attorney
       Appellate Division
       Florida Bar No. 1002292
       400 N. Tampa St., Ste. 3200
       Tampa, FL 33602
       (813) 274-6000
       julia.kapusta@usdoj.gov

# Certificate of Service

I certify that a copy of this certificate of interested persons and corporate disclosure statement as well as the notice of electronic filing was sent by CM/ECF on September 27, 2024, to:

PAUL S. HUGEL, ESQ.
*Counsel for L.J. West Diamonds, Inc.*

MARK E. BINI, ESQ.
*Counsel for Joseph Grunberg, et al*

*s/ Julia R. Kapusta*
JULIA R. KAPUSTA
Assistant United States Attorney
