No. 24-13017-A

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

UNITED STATES OF AMERICA,
*Plaintiff-Appellee*,

v.

JOSEPH GRUNBERG, ET AL,
*Third-Party Claimant-Appellant.*

Appeal from the United States District Court
for the Middle District of Florida

No. 8:22-cr-00437-WFJ-SPF

## INTERVENOR A.T.'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Pursuant to Federal Rule of Appellate Procedure Rule 26.1 and the Eleventh Circuit's Rule 26.1-1(a), Intervenor A.T. provides the following certificate of interested persons:

1. Andrejko, Nicole M., Assistant United States Attorney;
2. Bellinger, John B., III, Esq.;
3. Bini, Mark E., Esq.;
4. Brunvand, Bjorn Erik, Esq.;
5. DesVaux Bedke, Rachelle, Assistant United States Attorney;

1

6. Fields, Tiffany E., Assistant United States Attorney;

7. Flynn, Hon. Sean P., United States Magistrate Judge;

8. Gatz, Lara Treinis, Esq.;

9. Grunberg, Joseph, petitioner-appellant;

10. Grunberg, Rosalie, petitioner-appellant;

11. Handberg, Roger B., United States Attorney;

12. Hugel, Paul S., Esq.;

13. Jeffress, Amy, Esq.;

14. Jung, Hon. William F., United States District Judge;

15. Kapusta, Julia R., Assistant United States Attorney;

16. L.J. West Diamonds, Inc., petitioner-appellant;

17. Lee, John, defendant;

18. Lombard Mutual, LLC, petitioner-appellant;

19. McCarroll, James Craig, Esq.;

20. Mirski, Sean A., Esq.;

21. Ponomarov, Volodymyr, Esq.;

22. Rhodes, David P., Assistant United States Attorney, Chief, Appellate Division;

23. Sansone, Hon. Amanda A., United States Magistrate Judge;

24. Sciortino, Stephanie Moran, Esq.;

25. A.T., the Victim whose identity is protected;

26. Wise, J. Jervis, Esq.; and

27. Wolf Grunberg Corp., petitioner-appellant.

No publicly traded company or corporation has an interest in the outcome of this appeal.

Dated: October 3, 2024
   Washington, D.C.

Respectfully submitted,

/s/ Sean A. Mirski

Sean A. Mirski
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20001-3743
Telephone: (202) 942-6599
Facsimile: (202) 942-5999
sean.mirski@arnoldporter.com

*Counsel for Intervenor A.T.*

## Certificate of Service

I hereby certify that on October 3, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system that will send a notice of electronic filing to counsel of record.

/s/ *Sean A. Mirski*
Sean A. Mirski

*Counsel for Intervenor A.T.*