No. 24-13017-A

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

United States of America,

*Appellee*,

v.

John Lee,

*Defendant*.

APPEAL OF JOSEPH GRUNBERG, ROSALIE GRUNBERG,
LOMBARD MUTUAL LLC AND WOLF GRUNBERG CORP.

**APPELLANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to 11th Cir. R. 26.1-1(a)(3), Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. submit that the United States' Certificate of Interested Persons and Corporate Disclosure Statement is accurate and complete.

Date: October 3, 2024

Respectfully submitted,

**REED SMITH LLP**

*/s/ Mark E. Bini*
Mark E. Bini
Lara Treinis Gatz
599 Lexington Avenue
New York, NY 10022-7650
Tel: (212) 521-5400
mbini@reedsmith.com
lgatz@reedsmith.com

Kim M. Watterson
Reed Smith Centre
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3546
kwatterson@reedsmith.com

*Attorneys for Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 3, 2024, I filed a copy of the foregoing motion with the Clerk of Court using the Appellate CM/ECF system, which distributes it to all counsel of record.

*/s/ Mark E. Bini*
Mark E. Bini
