No. 24-13017-A

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

United States of America,

*Appellee*,

v.

John Lee,

*Defendant*.

APPEAL OF JOSEPH GRUNBERG, ROSALIE GRUNBERG,
LOMBARD MUTUAL LLC AND WOLF GRUNBERG CORP.

**GRUNBERG APPELLANTS' UNOPPOSED MOTION
TO VOLUNTARILY DISMISS APPEAL**

Pursuant to Fed. R. App. Proc. 42(b) and 11th Cir. R. 42-1(a), Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. hereby move to voluntarily dismiss their appeal in the above-captioned matter.

The undersigned has been advised by counsel for Appellee United States of America that it does not oppose this motion. Each party shall bear its own costs.

Dated: January 13, 2025

*/s/ Kim M. Watterson*
Kim M. Watterson
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3546
kwatterson@reedsmith.com

Lara Treinis Gatz
Mark E. Bini
599 Lexington Avenue
New York, NY 10022-7650
Tel: (212) 521-5400
mbini@reedsmith.com
lgatz@reedsmith.com

*Attorneys for Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp.*

No. 24-13017-A

IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

United States of America,

*Appellee*,

v.

John Lee,

*Defendant*.

APPEAL OF JOSEPH GRUNBERG, ROSALIE GRUNBERG, LOMBARD MUTUAL LLC AND WOLF GRUNBERG CORP.

# GRUNBERG APPELLANTS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to 11th Cir. R. 26.1-1(a)(3), Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp. submit that the United States' Certificate of Interested Persons and Corporate Disclosure Statement is accurate and complete.

Dated: January 13, 2025

*/s/ Kim M. Watterson*
Kim M. Watterson
Reed Smith LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel: (412) 288-3546
kwatterson@reedsmith.com

Lara Treinis Gatz
Mark E. Bini
599 Lexington Avenue
New York, NY 10022-7650
Tel: (212) 521-5400
mbini@reedsmith.com
lgatz@reedsmith.com

*Attorneys for Appellants Joseph Grunberg, Rosalie Grunberg, Lombard Mutual LLC, and Wolf Grunberg Corp.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 13, 2025, I filed a copy of the foregoing motion and certificate of interest person and corporate disclosure statement with the Clerk of Court using the Appellate CM/ECF system, which distributes it to all counsel of record.

                                                    */s/ Kim M. Watterson*
                                                    Kim M. Watterson